

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00466-CV

**IN THE INTEREST OF D.A.C.R.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00945
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Mother is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 23, 2024.

_____
Rebeca C. Martinez, Chief Justice